PATRICIA MIKRUT, PLAINTIFF-RESPONDENT, v. HER-
BERT PELLOW, DEFENDANT-PETITIONER.

See same case below: 65 *N. J. Super.* 14.

*Messrs. Budd, Larner & Kent* and *Messrs. Hommell & Hommell* for the petitioner.

*Mr. Emanual A. Honig* for the respondent.

April 17, 1961. Denied.

THE WILLIAM J. BURNS INTERNATIONAL DETECTIVE
AGENCY, INC., PLAINTIFF-PETITIONER, v. NEW JER-
SEY GUARDS UNION, INC., *ET AL.*, DEFENDANTS-
RESPONDENTS.

See same case below: 64 *N. J. Super.* 301.

*Mr. Americus S. Muti* for the petitioner.

*Mr. Martin J. Loftus* for the respondent.

April 17, 1961. Denied.